

# Fourth Court of Appeals
## San Antonio, Texas

June 3, 2015

No. 04-15-00090-CR

Anthony Alex **DELEON**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 13-1992-CR-B
The Honorable William Old, Judge Presiding

# O R D E R

Extension of time to file the court reporter's record is this date NOTED. Time is extended to June 29, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc: Gregory Sherwood
Attorney at Law
P.O. Box 200613
Austin, TX 78720

Patricia Wagner
Official Court Reporter - 25th District Court
P.O.BOX 1051
Columbus, TX 78934

Heather McMinn
25th Judicial District Attorney
211 W. Court St., Suite 260
Seguin, TX 78155